[No. 20929-6-III.  Division Three.  May 13, 2003.]

JEREMIAH P. FAITH, ET AL., *Appellants*, v. LARRY MILSOW, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-00106-6, Paul A. Bastine, J., entered February 1, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 27260-1-II.  Division Two.  May 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE LEE BREEDLOVE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-03059-6, Terry D. Sebring, J., entered April 18, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 27785-9-II.  Division Two.  May 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES GARY BLUNT, *Appellant*.

Appeal from judgments of the Superior Court for Lewis County, No. 01-1-00144-7, H. John Hall, J., entered August 23 and September 4, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Bridgewater, JJ. Now published at 118 Wn. App. 1.